IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SYNERGY BUILDERS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1657C |
| v. | ) | (Judge Williams) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR LEAVE
TO FILE ANSWER OUT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests that this Court grant defendant leave to file, out of time, the accompanying answer. Plaintiff's counsel has indicated that plaintiff does not oppose this motion.

Defendant's answer was due to be filed on February 3, 2005. Defendant's counsel inadvertently failed to file a timely answer.

Defendant's counsel is part of the team that is trying the case of Short Brothers, PLC v. United States, No. 98-894C (Fed. Cl.). The first phase of trial took place on January 11 through January 13, 2005. The second phase of trial is scheduled to begin on February 7, 2005.

In addition to his trial preparation responsibilities, defendant's counsel was responsible for drafting defendants-appellees' brief in Salman v. Kalil, No. 05-1089 (Fed. Cir.), which is due on February 7, 2005, and respondent's brief in Effgen v. Department of Commerce, No. 05-3020 (Fed. Cir.), which is due on February 9, 2005.

Due in part to his trial preparation responsibilities and his brief-writing responsibilities in the above cases, defendant's counsel inadvertently overlooked the filing deadline for the answer in this case. It was indisputably defendant's counsel's obligation to file a timely answer. We apologize to the Court and to opposing counsel for failing to meet the deadline. We sincerely regret any inconvenience this may have caused the Court or opposing counsel.

For the foregoing reasons, defendant respectfully requests that the request for leave to file defendant's answer out of time be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 307-0277
Fax: (202) 307-0972

February 4, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on February 4, 2005, a copy of the foregoing "Defendant's Unopposed Motion For Leave To File Answer Out Of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Roger A. Hipp