# In the United States Court of Federal Claims

**No. 04-1657C**

**(Filed February 9, 2005)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**SYNERGY BUILDERS, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE ANSWER OUT OF TIME**

---

On February 4, 2005, Defendant's filed an unopposed motion for enlargement of time of one day to file their answer to Plaintiff's Complaint which was due February 3, 2005. Good cause having been shown, this motion is **GRANTED NUNC PRO TUNC**.

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**