# In the United States Court of Federal Claims

**No. 04-1657C**
**(Filed March 24, 2005)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**SYNERGY BUILDERS, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

On March 22, 2005, the Court held a telephonic status conference in accordance with Appendix A ¶ 7 of the Rules of the United States Court of Federal Claims (RCFC). In their joint preliminary status report, the parties stated they intend to conduct simultaneous discovery through interrogatories, requests for admission, requests for production of documents, and depositions. The Court **GRANTED** the parties' request and scheduled the following:

1. The parties shall exchange the information required by RCFC 26(a)(1), by no later than **March 29, 2005**.

2. The Court will conduct a telephonic status conference on **June 21, 2005, at 2:00 p.m. EDT**.

3. The parties shall complete factual discovery by no later than **November 30, 2005**.

4. Plaintiff's expert report is due on **January 13, 2006.**

5. Defendant's expert report is due on **February 10, 2006.**

6. The deadline for expert depositions is and includes **March 17, 2006.**

7. Within 15 days following the close of expert discovery, the parties shall file a status report, either jointly or separately, setting forth their proposals for further proceedings in this case.

It is so **ORDERED**.

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**