# In the United States Court of Federal Claims

**No. 04-1657C**
**(Filed June 22, 2005)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**SYNERGY BUILDERS, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

On June 21, 2005, the Court held a telephonic status conference with the parties to discuss developments in the litigation. The parties reported that Plaintiff had submitted a termination settlement cost proposal which DCAA is in the process of auditing. The parties will submit a joint status report on **August 15, 2005,** to report upon the result of Defendant's audit of the settlement cost proposal and any further settlement discussions.

It is so **ORDERED**.

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**