IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SYNERGY BUILDERS, INC.<br><br>v.<br><br>THE UNITED STATES | No. 04-1657C<br>(Judge Williams) |

**PLAINTIFF'S STATUS REPORT**

Pursuant to the Court's Scheduling Order of June 22, 2005, the plaintiff hereby submits the following Status Report.

1. During the Status Conference on June 22, 2005, the parties advised the Court that Synergy Builders, Inc. ("Synergy") had submitted a termination settlement cost proposal to the United States for consideration and that the Government was in the process of performing an audit of the financial information contained in the settlement cost proposal.

2. At the time of the Status Conference on June 22, 2005, the parties anticipated completing the audit by July 15, 2005 and to explore settlement by August 15, 2005.

3. Due to scheduling issues, the audit was not completed by July 15, 2005, but it is complete as of the date of this Status Report.

4. The parties have conferred and they have tentatively set up a conference or meeting on September 8, 2005 for the purpose of attempting settlement of the case. Based on this, the parties propose to provide the Court with another Status Report no later than September 30, 2005 (or sooner if the parties are able to settle the matter before that date).

//

//

//

5. In connection with this status report, plaintiff's counsel conferred with defendant's counsel, Roger Hipp, who has authorized plaintiff's counsel to represent that defendant concurs in the facts and representations set forth above.

RESPECTFULLY SUBMITTED this 15th day of August, 2005.

Robert H Guin for

JOHN H. GUIN, ESQ.
WINSTON & CASHATT LAWYERS
Attorneys for Synergy Builders