IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SYNERGY BUILDERS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1657C |
| | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT

Defendant, the United states, respectfully submits this status report.

During the status conference on June 22, 2005, the parties advised the Court that plaintiff, Synergy Builders, Inc. ("Synergy"), had submitted a termination settlement cost proposal to the Government for consideration and that the Government was in the process of performing an audit of the financial information contained in the settlement cost proposal.

On August 15, 2005, Synergy filed a status report that advised the Court of the status of the DCAA audit and the parties' plans to continue settlement discussions. Synergy further advised the Court that the parties would submit another status report by September 30, 2005.

The parties exchanged information and held three teleconferences to discuss settlement, most recently on September 26, 2005. On that date, Synergy submitted a new settlement proposal that is still being evaluated by the Government. The parties propose to continue settlement

discussions and provide the Court with another status report by October 30, 2005.

If the parties are unable to reach settlement by October 30, 2005, then the parties intend to request that the March 24, 2005 scheduling order be amended. To date the parties have focused their efforts on settlement and have not engaged in discovery, in order to conserve resources and promote settlement. If settlement discussions are unsuccessful, the parties will need additional time to conduct fact and expert discovery. The parties propose that the Court set a status conference in early November if the parties have not reached settlement by October 30, 2005.

In connection with this status report, defendant's counsel conferred with plaintiff's counsel, John Guin, who has authorized defendant's counsel to represent that defendant concurs in the facts and representations set forth above.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-3091

Date: September 30, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on September 30, 2005, a copy of the foregoing "Defendant's Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Roger A. Hipp