# In the United States Court of Federal Claims

**No. 04-1657C**
**(Filed October 4, 2005)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**SYNERGY BUILDERS, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On September 30, 2005, Defendant filed a report advising the court of the status of the ongoing settlement proceedings in this matter. The Defendant's counsel has conferred with Plaintiff's counsel, and the parties propose to continue settlement discussions. Good cause having been shown the parties' request is **GRANTED**. The parties shall provide the court with a joint status report on or before **October 30, 2005.**

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**