IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SYNERGY BUILDERS, INC.<br><br>v.<br><br>THE UNITED STATES | No. 04-1657C<br>(Judge Williams) |

**PLAINTIFF'S STATUS REPORT**

COMES NOW the plaintiff in this matter, Synergy Builders, Inc. ("Synergy"), and provides the Court with the following status report:

1. On September 30, 2005, the parties advised the Court of the status of this matter. In that status report, the parties advised that settlement offers had been exchanged and that offers were under consideration at that time. The parties requested that they be given time to consider the settlement proposals and that they provide the Court with a status report by October 30, 2005.

2. Based on the status report of September 30, 2005, the Court ordered that the parties submit a status report no later than October 31, 2005 to advise the Court of the status of settlement discussions.

3. Synergy advises that since the status report of September 30, 2005, new settlement proposals were exchanged, and the parties are considering the new settlement proposals that may result in resolution of the case. Synergy anticipates that a decision on the settlement proposals should be made by November 15, 2005.

4. In the event settlement is not achieved, the parties both require and request an amendment to the current scheduling order due to the fact that the parties have focused their efforts up to this time on settlement rather than on factual discovery or expert witness discovery.

Synergy requests that the Court set a telephonic scheduling conference after November 15, 2005. By that time, the parties should know whether the case will be resolved by settlement.

5. Synergy conferred with counsel for the Government and obtained verbal approval from the Government as to the form of this Status Report prior to filing.

RESPECTFULLY SUBMITTED this 31st day of October, 2005.

//s//

JOHN H. GUIN, ESQ.
WINSTON & CASHATT LAWYERS
Attorneys for Synergy Builders