# In the United States Court of Federal Claims

**No. 04-1657C**
**(Filed November 8, 2005)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**SYNERGY BUILDERS, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to the agreement of the parties, a telephonic status conference has been scheduled for **November 21, 2005, at 5:00 p.m. ET.** The Court will initiate the teleconference.

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**