# In the United States Court of Federal Claims

**No. 04-1657C**
**(Filed November 22, 2005)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**SYNERGY BUILDERS, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER

---

Pursuant to the agreement of the parties, the telephonic status conference originally set for November 21, 2005 has been rescheduled for **December 5, 2005, at 2:00 p.m. ET.** The Court will initiate the teleconference.

s/Mary Ellen Coster William
**MARY ELLEN COSTER WILLIAMS**
**Judge**