IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SYNERGY BUILDERS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1657C |
| | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, Synergy Builders, Inc. and the United States, by their respective attorneys, pursuant to Rule 41(a) of the Rules of the United States Court of Federal Claims, stipulate to the dismissal of the claims plaintiff has asserted in this action with prejudice, with each party to bear its own costs and attorneys' fees.

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ John H. Guin
JOHN H. GUIN, ESQ.
WINSTON & CASHATT LAWYERS
601 W. Riverside, Ste. 1900
Spokane, WA 99201
Tele: (254) 776-3939
Fax: (214) 853-5515

Attorney for Plaintiff

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0277
Fax: (202) 307-0972

Attorneys for Defendant

April 3, 2006